JAMES D. MORIARITY, APPELLANT, v. BOARD OF COMMIS-
SIONERS OF THE CITY OF ORANGE, RESPONDENT.

Submitted December 11, 1916—Decided March 5, 1917.

On appeal from the Supreme Court, whose opinion is reported in 89 *N. J. L.* 385.

For the appellant, *George W. Anderson.*

For the respondent, *Arthur B. Seymour.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Swayze in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, GARRISON, TRENCHARD, PARKER, BERGEN, BLACK, WHITE, HEPPENHEIMER, WILLIAMS, GARDNER, JJ.   11.

*For reversal*—None.